AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>TODD BAILEY<br><br>_Defendant_ | )<br>)<br>)  Case No. 10-MJ-01141-BNB<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   TODD BAILEY ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

having devised a scheme to obtain money by false or fraudulent pretenses, on or about July 22, 2010, in the State and District of Colorado and elsewhere, TODD BAILEY did cause to be transmitted by wire, a signal for the purpose of executing said scheme, to wit: a communication from a Moneygram International vendor, Walmart in Hendersonville, North Carolina, to a Moneygram International vendor in Denver, Colorado, resulting in the transfer of $1400.00 from Carleen Savvides to the defendant, in violation of Title 18, United States Code, Section 1343.

Date: August 18, 2010

City and state: Denver, Colorado

_Issuing officer's signature_
**BOYD N. BOLAND**
**United States Magistrate Judge**

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ .<br><br>Date: _____<br><br>                                                           _Arresting officer's signature_<br><br>                                                           _Printed name and title_ |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____